1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sdma.com
   MICHELLE Y. MAGSAYSAY  Bar No. 215294
3  michelle.magsaysay@sdma.com
   One Market Plaza, Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile:  (415) 781-2635

6  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY
7
   ROBOOSTOFF & KALKIN
8  SCOTT KALKIN, Bar No. 120791
   369 Pine Street, Suite 820
9  San Francisco, California 94104
   Telephone: (415) 732-0282
10
   Attorneys for Plaintiff
11 MATTHEW PRICHARD

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  MATTHEW PRICHARD,<br>16        Plaintiff,<br>17     v.<br>18  METROPOLITAN LIFE INSURANCE COMPANY; IBM LONG TERM DISABILITY PLAN,<br>19        Defendants. | CASE NO.  CV 10-3313 EMC<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT  ; ORDER |

20

21

22

23

24

25

26

27

28

SF/1884767v1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1  Pursuant to Northern District Local Rule 6-1(a), plaintiff Matthew Prichard and defendant
2  Metropolitan Life Insurance Company ("MetLife"), by and through their attorneys of record
3  herein, hereby stipulate and agree that defendants MetLife and IBM Long Term Disability Plan
4  shall have an extension, to until December 6, 2010, within which to file and serve their responses
5  to plaintiff's complaint in this action.

6  IT IS SO AGREED AND STIPULATED.

7  DATED: November 29, 2010   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:  /s/ *Michelle Y. Magsaysay*
   Rebecca A. Hull
   Michelle Y. Magsaysay
   Attorneys for Defendants
   METROPOLITAN LIFE INSURANCE COMPANY

DATED: November 29, 2010   ROBOOSTOFF & KALKIN

By:  /s/ *Scott Kalkin*
   Scott Kalkin
   Attorneys for Plaintiff
   MATTHEW PRICHARD

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge



SF/1884767v1

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT