Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Matthew Prichard


**SEDGWICK LLP**
Michelle Y. Magsaysay 215294
One Market Plaza
Stewart Tower, 8th Floor
San Francisco, California 94105
415-781-7900

Attorneys for Defendants
Metropolitan Life Insurance Company and
the IBM Long-Term Disability Plan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Prichard,<br><br>           Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company<br>as Administrator and Fiduciary<br>of the IBM Long-Term Disability Plan, and<br>The IBM Long-Term Disability Plan,<br><br>           Defendants. | ACTION NO.: CV 10-3313 SBA<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO COMPLETE MEDIATION** |

IT IS HEREBY STIPULATED, pursuant to Local Rule 7-12, by and between Plaintiff, Matthew Prichard, and Defendants, Metropolitan Life Insurance Company and The IBM Long-

Term Disability Plan, through their attorneys of record, that the current deadline of May 4, 2011, to complete mediation be extended until July 26, 2011. The parties and the mediator have tentatively scheduled a mediation for July 26, 2011, in the event the Court grants the instant request.

The parties have been unable to complete mediation within the originally set deadline because plaintiff desires additional time to propound discovery before participating in mediation. Defendants have not been served with or otherwise been provided with plaintiff's contemplated discovery requests, and by entering into this stipulation, do not stipulate to the propriety of the unseen discovery.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: April 26, 2011        By:         /s/
                                Scott Kalkin
                                Attorneys for Plaintiff


**SEDGWICK LLP**

Dated: April 26, 2011        By:         /s/
                                Michelle Y. Magsaysay
                                Attorneys for Defendants Metropolitan
                                Life Insurance Company and the
                                IBM Long-Term Disability Plan

## ~~PROPOSED~~ ORDER

Good cause having been shown, the Court hereby grants the parties' request to extend time within which to complete mediation until July 26, 2011.

IT IS SO ORDERED.

Dated: 5/2/11

*Saundra B. Armstrong*
Judge of the United States District Court

---

Joint Case Management Statement        3        Case No: 10-3313 SBA