Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Matthew Prichard

**SEDGWICK LLP**
Michelle Y. Magsaysay 215294
One Market Plaza
Stewart Tower, 8th Floor
San Francisco, California 94105
415-781-7900

Attorneys for Defendants
Metropolitan Life Insurance Company and
the IBM Long-Term Disability Plan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Prichard,<br><br>          Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company<br>as Administrator and Fiduciary<br>of the IBM Long-Term Disability Plan, and<br>The IBM Long-Term Disability Plan,<br><br>          Defendants. | ACTION NO.: CV 10-3313 SBA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING<br>ON CROSS-MOTIONS FOR<br>JUDGMENT** |

WHEREAS, the parties participated in a mediation on July 26, 2011, and are continuing to negotiate a possible settlement;

WHEREAS, the court set the following briefing schedule on the parties' cross-motions

---

Stipulation and [Proposed] Order to Continue      1      Case No: 10-3313 SBA

for judgment at the case management conference on February 3, 2011:

| | |
|---|---|
| September 27, 2011 | Last day to file Opening Briefs |
| October 11, 2011 | Last day to file Opposition Briefs |
| October 18, 2011 | Last day to file Reply Briefs |
| November 15, 2011 | Hearing |

WHEREAS, plaintiff's counsel, Scott Kalkin, will undergo shoulder surgery on September 15, 2011, and will require several months for recuperation that will interfere with his practice of law and his ability to prepare briefs in a timely fashion (see, Declaration of Scott Kalkin);

WHEREAS, the parties wish to continue the hearing on their cross-motions for judgment in order to continue their attempts to reach a settlement and to allow for plaintiff's counsel's surgery and recovery from surgery;

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record, that the court-ordered briefing schedule on cross-motions for judgment be continued as follows:

| | |
|---|---|
| January 31, 2012 | Last day to file Opening Briefs |
| February 14, 2012 | Last day to file Opposition Briefs |
| February 21, 2012 | Last day to file Reply Briefs |
| March 6, 2012 | Hearing |

//

//

//

//

---

Stipulation and [Proposed] Order to Continue     2     Case No: 10-3313 SBA

IT IS SO STIPULATED.

**ROBOOSTOFF & KALKIN**

Dated: August 11, 2011    By: _____/s/_____
                              Scott Kalkin
                              Attorneys for Plaintiff

**SEDGWICK LLP**

Dated: August 11, 2011    By: _____/s/_____
                              Michelle Y. Magsaysay
                              Attorneys for Defendants Metropolitan
                              Life Insurance Company and the
                              IBM Long-Term Disability Plan

### [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED:

That the briefing schedule for the cross-motions for judgment is as follows:

| | |
|---|---|
| January 31, 2012 | Last day to file Opening Briefs |
| February 14, 2012 | Last day to file Opposition Briefs |
| February 21, 2012 | Last day to file Reply Briefs |
| March 6, 2012 | Hearing |

**IT IS SO ORDERED**.

Dated: 8/22/11                    _____/s/ Saundra B. Armstrong_____
                                  Honorable Saundra Brown Armstrong
                                  United States District Court Judge

Stipulation and [Proposed] Order to Continue     3              Case No: 10-3313 SBA