UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW PRICHARD,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, AS ARISTRATOR AND FIDUCIARY OF THE IBM LONG-TERM DISABILITY PLAN, AND THE IBM LONG-TERM DISABILITY PLAN,<br><br>Defendants. | Case No:  C 10-3313 SBA<br><br>**JUDGMENT** |

In accordance with the Court's findings of facts and conclusions of law,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: September 28, 2012

SAUNDRA BROWN ARMSTRONG
United States District Judge