UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW PRICHARD,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, AS ARISTRATOR AND FIDUCIARY OF THE IBM LONG-TERM DISABILITY PLAN, AND THE IBM LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | Case No:  C 10-3313 SBA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The parties shall appear for a telephonic Case Management Conference on **August 27, 2015, at 3:00 p.m.**  At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9.  Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

    IT IS SO ORDERED.

Dated: 7/28/15

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge