UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW PRICHARD,<br><br>   Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, AS ARISTRATOR AND FIDUCIARY OF THE IBM LONG-TERM DISABILITY PLAN, AND THE IBM LONG-TERM DISABILITY PLAN,<br><br>   Defendants. | Case No:  C 10-3313 SBA<br><br>**ORDER OF REFERENCE TO ADR AND SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

In accordance with the parties' stipulation, this matter is REFERRED to the Court's ADR Department for the scheduling of a court-supervised mediation. The mediation shall be completed within 90 days of the date this Order is filed.

The Case Management Conference scheduled for September 10, 2015, is CONTINUED to **January 14, 2016, at 2:30 p.m.** At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 9/9/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge